UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA BENNETT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ASCENTIS CORPORATION,<br><br>　　　　Defendant. | NO. C18-1388RSL<br><br>ORDER OF DISMISSAL |

It having been reported to the Court on Friday, May 17, 2019 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 17th day of May, 2019.

　　　　　　　　　　*/s/ Robert S. Lasnik*

　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　United States District Judge

ORDER -1